■ In the Matter of the Arbitration between ROSENTHAL-BLOCK CHINA CORPORATION et al., Respondents-Appellants, and ROSENTHAL-PORZELLAN AKTIENGESELLSCHAFT, Appellant-Respondent, and PORZELLANFABRIK F. THOMAS & CO. et al., Respondents.— Order, entered July 27, 1960, insofar as it grants petitioners-respondents-appellants' motion to stay arbitration before the American Arbitration Association with respect to Items 1 and 3 of the demand for arbitration, and denies petitioners-respondents-appellants' motion to stay arbitration before the American Arbitration Association of Item 2 of the demand for arbitration, unanimously affirmed, without costs. With respect to the supplement to paragraph 5 of the agreement in question this court, in affirming the order of Special Term, holds only that the interpretation and applicability of such supplement is ultimately for the arbitrator. It suffices that there is an issue as to such interpretation and applicability; the court need not and should not determine more. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ ESLYN THREEWITTS et al., Respondents, v. MANUEL A. ALMANZAR, Appellant.— Order, entered March 21, 1960, denying defendant's motion to dismiss the complaint for failure to prosecute, unanimously reversed, on the law, on the facts, and in the exercise of discretion, with $20 costs and disbursements to appellant, and the motion granted, with $10 costs. The lack of an affidavit of merits is fatal to plaintiffs' position. Moreover, there is insufficient excuse for their delay. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ ALFONSO DAVALOS, Also Known as ALFONSO D. ROMERO, Respondent, v. LUIS A. C. CAYZEDO, Appellant.— Order, entered December 15, 1959, granting defendant's motion to dismiss the complaint conditionally, unanimously modified, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to appellant, to the extent of granting the motion to dismiss unconditionally, with $10 costs, and, as so modified, the order is affirmed. There is insufficient excuse shown for the delay in prosecution. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ WILLIAM E. NELSON, Respondent, v. CROSS & BROWN COMPANY, Defendant-Appellant and Interpleading Plaintiff. DONALD Q. DEVINE, Interpleaded Defendant-Respondent.— Order, entered April 15, 1960, denying motion to amend answer, unanimously reversed, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to defendant-appellant, and motion granted permitting defendant to serve an amended answer within 20 days from service of a copy of the order herein, with notice of entry thereof, with $10 costs. Defendant is entitled to put its pleading in such form as will state the facts as it claims them to be. The possible use of such pleading on some future application, on which the court does not now pass, should not impair that right. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ MARION DI SABATO, an Infant, by Her Guardian ad Litem, MARCO DI SABATO, et al., Respondents, v. ROBERT SOFFES et al., Appellants.— Judgment in favor of Marion Di Sabato unanimously reversed, on the law and on the facts, and a new trial ordered, with costs to appellants, unless plaintiff stipulates to reduce the verdict thereon to $6,000, in which event the judgment, as so modified, is affirmed, with costs to appellants. Judgment in favor of Patricia Pescatore unanimously reversed, on the law and on the facts, and a new trial ordered, with costs to appellants, unless plaintiff stipulates to reduce the verdict thereon to $6,000, in which event the judgment, as so modified, is affirmed, with costs to appellants. On this record the verdicts are excessive. Settle order on notice. Concur — Breitel, J. P., Rabin, McNally and Eager, JJ.